# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONNA ABILA, | 2:09-cv-01345-KJD-VCF |
| Plaintiff, | **ORDER** |
| vs. | [Motion to Compel Payment of Defense Expert's Deposition Fee. (#79)] |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the Court is the Government's Motion to Compel Payment of Defense Expert's Deposition Fee. (#79).

**Background**

On December 5, 2012, the Government filed the Motion to Compel Payment of Defense Expert's Deposition Fee. (#79). The Government seeks Plaintiff, "to pay defense expert Dr. Charles Crinnian the outstanding balance of $600.00 owed on Dr. Crinnian's deposition fee of $1,800.00." *Id.*  Plaintiff filed a Non-Opposition to Defendant's Motion to Compel Payment of Defense Expert's Deposition Fee. (#80).  Plaintiff does not dispute the $600.00 fee and, "is willing to issue a $600 check to Dr. Crinnian if there are no further costs to her arising out of this issue." *Id.*  On December 14, 2012, the Government filed a reply stating that it is inappropriate for Plaintiff to attach conditions onto the fee payment as she is legally obligated to pay the outstanding fee of $600.00.  (#81).

…

**Discussion**

Pursuant to Fed. R. Civ. P. 26(a)(4)(E), the party seeking discovery must "pay the expert reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A)." Plaintiff filed a Non-Opposition to Defendant's Motion to Compel Payment of Defense Expert's Deposition Fee and stated that she is willing to pay the outstanding $600.00 deposition fee owed to defense expert Dr. Charles Crinnian.

IT IS HEREBY ORDERED that Defendant's Motion to Compel Payment of Defense Expert's Deposition Fee (#76) is GRANTED.

IS IT FURTHER ORDERED that Plaintiff must pay the outstanding $600.00 deposition fee owed to defense expert, Dr. Charles Crinnian, on or before January 31, 2013.

DATED this 7th day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE