**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DONNA ABILA,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | 2:09-cv-01345-KJD-VCF<br><br>**ORDER**<br>[Motion for Relief from Requirement that Person with Settlement Authority Attend Settlement Conference. (#97)] |

      Before the Court is the Government's Motion for Relief from Requirement that Person with Settlement Authority Attend Settlement Conference. (#97).

      Reviewing Defendant's Motion (#97) and Plaintiff's Opposition (#99), the court notes that Ms. Vance represents that she will insure that this action is thoroughly evaluated by appropriate officials within the U.S. Attorney's Office and other appropriate DOJ officials in advance of the settlement conference. Plaintiff argues that the claimed value of this case exceeds $1,000,000 and that having present at the settlement conference a representative whose authority is limited to that amount will frustrate the settlement process. The court has not yet received the settlement conference statements and is not in a position to evaluate the strength of plaintiff's claim that a fair settlement of this case will exceed Ms. Vance's authority.

      In these circumstances and relying on the Ms. Vance's representations, Defendant's motion will be granted.

      It is the court's expectation that Ms. Vance's thorough evaluation with the officials whose presences is being excused will result her being able to efficiently negotiate settlement figures above her

normal authority, if appropriate, conditioned only on approval by the excused officials, who will be available by phone without undue delay.

IT IS HEREBY ORDERED that the Motion for Relief from Requirement that Person with Settlement Authority Attend Settlement Conference (#97) is GRANTED.

DATED this 16th day of July, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE