# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DONNA ABILA, | 2:09-cv-01345-KJD-VCF |
| Plaintiff, | **MINUTE ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the Court is *Donna Abila v. United States of America*, case no. 2:09-cv-01345-APG-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 1:30 p.m., March 26, 2014 is advanced to 11:00 a.m., March 26, 2014 in Courtroom 3D.  The status hearing will be vacated upon the filing of the stipulation for dismissal.

DATED this 26th day of February, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE