# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONNA ABILA,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendants. | 2:09-cv-01345-APG-VCF<br><br>**MINUTE ORDER** |

Before the Court is Plaintiff's Emergency Motion to Enforce Settlement, filed on May 14, 2014. (#109).

The motion will be briefed in the ordinary course pursuant to Local Rule 7-2.

Accordingly,

IT IS HEREBY ORDERED that the opposition is due by June 2, 2014 and the reply in support of the motion is due by June 12, 2014.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Emergency Motion to Enforce Settlement (#109) is scheduled for 10:00 a.m., June 17, 2014, in Courtroom 3D.

DATED this 20th day of May, 2014.

                                                                                 _____
                                                                                 CAM FERENBACH
                                                                                  UNITED STATES MAGISTRATE JUDGE